**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LUCAS NICHOLAS, : No. 706 MAL 2014
:
      Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ROLAND KITTRELL, :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.